**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Sheryl Denise Carson fka Sheryl Strickland aka
Sheryl Strickland-Carson

Debtor

Chapter 13 No.    14-38592

Judge    Donald R. Cassling

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 15, 2018, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on November 15, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1365

**SERVICE LIST**

Sheryl Denise Carson fka Sheryl Strickland aka Sheryl Strickland-Carson
8156 S. Maplewood
Chicago, IL 60652

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

Kyle T Dallmann
Geraci Law L.L.C.
55 E. Monroe #3400
Chicago, IL 60603